IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ELIZABETH LANON                                                                           PLAINTIFF

V.                               CASE NO. 07-CV-1051

THE CITY OF EL DORADO, ARKANSAS, et al.                               DEFENDANTS

## ORDER

This case is set for trial for the week of July 6, 2009. Plaintiff is appearing *pro se* in this matter. The Court mailed to Plaintiff at her last known address a copy of the scheduling order issued on February 3, 2009, and the scheduling order was returned as undeliverable with no forwarding address. As of this date, Plaintiff has not provided the Court with her current address as required by Local Rule 5.5. *See* Rule 5.5 of the Local Rules of the Eastern and Western District of Arkansas (stating that *pro se* Plaintiffs must promptly notify the Clerk and other parties of any change in address, must monitor the progress of the case, and must prosecute the action diligently). Plaintiff has not filed her pretrial disclosure sheet, which was due on June 6, 2009. Thus, Plaintiff's case should be and hereby is **DISMISSED** on the grounds of failure to prosecute and failure to comply with an order of this Court. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**, this 29th day of June, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge